United States District Court
Middle District of Louisiana
Office of the Clerk



# NOTICE

**TO**:  Counsel of Record in Civil Action 97cv226

**FROM**:  Nicole' Toups

**DATE:**  July 21, 2009

**SUBJECT**:  Case Exhibits

Please be advised that the above captioned case is closed. In accordance with Uniform Local Rule 79.3, DISPOSITION OF EXHIBITS:

*All exhibits in the custody of the clerk shall be removed within 30 days of the final disposition of the case. The party offering exhibits shall be responsible for their removal and shall give a detailed receipt for the clerk's records. If the parties or their attorneys fail or refuse to remove exhibits within 30 days, the exhibits may be destroyed or otherwise disposed of by the clerk.*

Accordingly, If you do not make arrangements within 5 days of this date to retrieve the exhibits, said exhibits will be destroyed.